# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-0511V
### Filed: August 8, 2016
Unpublished

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| LAURA KERRIN, | * | |
| | * | |
| Petitioner, | * | Ruling on Entitlement; Concession; |
| v. | * | Hepatitis B Vaccine; Shoulder Injury |
| | * | Related to Vaccine Administration |
| SECRETARY OF HEALTH | * | ("SIRVA"); Special Processing Unit |
| AND HUMAN SERVICES, | * | ("SPU") |
| | * | |
| Respondent. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

*Paul R. Brazil, Muller Brazil, LLP, Dresher, PA, for petitioner.*
*Claudia B. Gangi, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On April 26, 2016, Laura Kerrin ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act").  Petitioner alleges that she received the Hepatitis B vaccine in her left shoulder on January 20, 2015, and subsequently suffered from injuries that were caused in fact by the vaccination.  Petition at 1.  The case was assigned to the Special Processing Unit ("SPU") of the Office of Special Masters.

On August 5, 2016, respondent filed her Rule 4(c) Report in which she concedes that petitioner is entitled to compensation in this case.  Rule 4(c) Rep. at 1.  Specifically, respondent stated, based on her evaluation of the evidence, that petitioner's injury is consistent with shoulder injury related to vaccine administration ("SIRVA").  *Id.* at 3.  Respondent further stated that petitioner's medical records demonstrated that she has

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

suffered the residual effects of her condition for more than six months. *Id.* Petitioner has therefore satisfied all legal prerequisites for compensation under the Act. *Id.* at 4.

**In view of respondent's concession and the evidence before me, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Nora Beth Dorsey**</u>
Nora Beth Dorsey
Chief Special Master